IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MELVIN LEE JACKSON, JR.                                      PLAINTIFF

v.                          Case No. 6:25-cv-6102

DOUGLAS A. COLLINS, Secretary
of Veterans Affairs and THE UNITED
STATES DEPARTMENT OF VETERANS
AFFAIRS                                                      DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed on February 25, 2026, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 40.  Judge Ford recommends that the Government's Motion to Dismiss (ECF No. 36) be granted. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, finding no clear error on the face of the record and that Judge Ford's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 40) *in toto.*  Accordingly, the Government's Motion to Dismiss (ECF No. 36) is **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 23rd day of March, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge